# JEFFREY P. CHARTIER, ESQ.
2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588 • Fax (718) 518-0674

December 16, 2024

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                                                          Re:   *USA v. Awawdeh et al.*
                                                                   1:24-cr-00490-LDH-JRC-1
                                                                     Timothy McCormack
                                                                     Travel Request

Dear Judge DeArcy Hall:

      My client, Timothy McCormack, is respectfully requesting permission to visit his brother-in-law's house in New Jersey for a day trip on December 21, 2024. The purpose of the visit is to celebrate his mother-in-law's birthday. If granted permission, Mr. McCormack will be staying at his brother-in-law's home located at 330 Livingston Street, Norwood, NJ.

      The Government and Pretrial Services have indicated no objection to this request. Thank you very much for your consideration and time.

                                                          Respectfully submitted,

                                                          *Jeffrey P. Chartier (CS)*
                                                          JEFFREY P. CHARTIER

JPC/cs

cc: AUSA David Berman, Via ECF
    USPSO Kadian Hammond, Via Email: Kadian_Hammond@nyept.uscourts.gov