

U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

FR:MJC
F. #2024R00288

February 24, 2025

By ECF
The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Timothy McCormack
              Criminal Docket No. 24-490 (LDH)

Dear Judge DeArcy Hall:

      Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, Timothy McCormack, has agreed to in connection with his guilty plea before the Honorable James R. Cho on January 16, 2025, accepted by Your Honor on February 19, 2025. The government respectfully requests that the Court enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Thank you for Your Honor's consideration of this submission.

                            Respectfully submitted,

                            JOHN J DURHAM
                            United States Attorney

            By:   /s/ Michael J. Castiglione
                    Michael J. Castiglione
                    Assistant U.S. Attorney
                    (718) 254-7533

Encl.: Order of Forfeiture
cc:     Counsel of Record (by ECF)