

U.S. Department of Justice

United States Attorney
Eastern District of New York

KTF/BLW/DIB
F. #2024R00288

271 Cadman Plaza East
Brooklyn, New York 11201

May 13, 2025

By ECF and E-Mail

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Timothy McCormack
     Criminal Docket No. 24-490 (LDH)

Dear Judge DeArcy Hall:

   In light of unanticipated conflicts, the parties respectfully and jointly submit this letter to request that the Court adjourn the presentence investigation and sentencing (including the accompanying submission deadlines) in the above-captioned case, which is currently scheduled for August 21, 2025, for a period of approximately 60 – 90 days, or to a date and time convenient for the Court.

            Respectfully submitted,

            JOSEPH NOCELLA, JR.
            United States Attorney

      By: /s/ David I. Berman
         David I. Berman
         Assistant U.S. Attorney
         718-254-6167

cc: Hon. LaShann DeArcy Hall (by ECF)
   Jeffrey Chartier, Esq. (by ECF)
   Clerk of Court (by ECF)