# JEFFREY P. CHARTIER, ESQ.

2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588 ● Fax (718) 518-0674

January 15, 2026

**Via ECF**

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           Re: **_USA v. McCormack_**
                1:24-cr-00490-LDH-1
                Adjournment Request

Dear Judge Hall:

       I represent Mr. Timothy McCormack in the above-referenced case and respectfully request a brief adjournment of the sentencing date currently scheduled for January 21, 2026, as well as additional time to prepare and submit our sentencing materials to a date after February 6, 2026, due to my being out of town from January 28 to February 2, 2026. I have conferred with the government, and they have agreed to the proposed adjournment. Thank you for your time and consideration of this request.

                         Respectfully submitted,

                         /s/ Jeffrey P. Chartier #JPC9318

                         JEFFREY P. CHARTIER

JPC/cs

cc:    AUSA Benjamin Weintraub, via ECF
        AUSA Kaitlin Teresa Farrell, via ECF
        DOJ-USAO David Ian Berman, via ECF