

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JPL:KTF/BW/DIB
F. #2024R00288

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 7, 2026

By ECF and E-Mail

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Timothy McCormack
>        Criminal Docket 24-490 (LDH)

Dear Judge DeArcy Hall:

The government respectfully encloses hereto a proposed order of restitution for the defendant Timothy McCormack in the above-captioned case (the "Proposed Order"). Counsel for the defendant has informed the government that the defendant consents to the Court's issuance of the Proposed Order.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By:    *David I. Berman*
       Kaitlin T. Farrell
       Benjamin Weintraub
       David I. Berman
       Assistant U.S. Attorneys
       (718) 254-7000

cc:    Clerk of Court (by ECF and E-Mail)
       Counsel of Record (by ECF and E-Mail)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

– against –

TIMOTHY MCCORMACK,

          Defendant.

– – – – – – – – – – – – – – – – – – – X

[PROPOSED]
ORDER OF RESTITUTION

Criminal Docket No. 24-490 (LDH)

WHEREAS, defendant TIMOTHY MCCORMACK was sentenced on January 21, 2026, in the above-captioned case,

1.     This order of restitution will be incorporated by reference to the Judgment and Commitment Order (the "Judgment") to be filed in connection with the above-captioned case.

2.     The defendant is directed to pay restitution to the victims named, and in the amounts listed, in Exhibit A to this order.  Exhibit A shall be kept under seal until further order of this court except that appropriate personnel of the Clerk's Office and the United States Attorney's Office shall have immediate access to it in order to make the distribution required by this order.

3.     Restitution is due immediately and subject to immediate enforcement by the United States as provided for in 18 U.S.C. § 3613.  The total restitution amount to be paid is $494,489.76, plus interest.  See 18 U.S.C. § 3612(f).  Any schedule of payment of criminal monetary penalties imposed in the Judgment is merely a minimum payment obligation, and does not, in any way, limit other methods available to the United States to enforce or collect the criminal monetary penalties, including restitution.

4.     All payments shall be made to the Clerk of the Court, United States District

Court, 225 Cadman Plaza East, Brooklyn, NY 11201.  The payment instrument shall reference the case name and number, as set forth above.  To the extent the victims named in Exhibit A receive any payments via forfeiture remission or restoration, or any other source, the amount of such payments shall be credited dollar-for-dollar against the outstanding restitution judgment owed by the defendant.

5.    The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine paid in full before the three hundred sixty-fifth day after the date of the judgment, unless waived or modified by the court.  See 18 U.S.C. § 3612(f).

6.    The defendant is jointly and severally liable for the restitution judgement with the defendants in United States v. Ammar Awawdeh, No. 24-CR-488 (LDH), United States v. Mahmud Mollah, No. 24-CR-389 (LDH), United States v. Long Phi Pham, 24-CR-359 (LDH), and United States v. Jontay Porter, 24-CR-270 (LDH) to the extent such restitution is ordered for each defendant.

7.    The defendant shall notify the Court and the Financial Litigation Unit of the United States Attorney's Office, Eastern District of New York of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution. See 18 U.S.C. § 3664(k).

8.    The restitution imposed is a lien in favor of the United States on all property and rights to property of the person fined as if the liability of the person fined were a liability for a tax assessed under the Internal Revenue Code of 1986.  The lien arises on the entry of judgment and continues for 20 years or until the liability is satisfied, remitted,[1] set aside, or is terminated under subsection 18 U.S.C. § 3613(b).  See 18 U.S.C. § 3613(c). The Clerk is directed to distribute restitution payments pro rata to the victims at least once per year to the

---

[1]    Remission is applicable to fines only.

extent funds are available to distribute.  The United States Department of Probation and the United States Attorney's Office are directed to provide to the Clerk whatever assistance is necessary to assure prompt distribution of restitution payments.  The Clerk is directed to mail a copy of the instant document and the attachment to the Criminal Assistant assigned to the instant case and the Financial Litigation Program of the United States Attorney's Office of the Eastern District of New York.

Dated:   Brooklyn, New York
              ___, 2026

_____
HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK