# LAW OFFICES OF JEFFREY P. CHARTIER

2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588 ● Fax (718) 518-0674

April 15, 2026

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Timothy McCormack
>       1:24-cr- 490 (LDH)

Your Honor:

Please receive this letter as a respectful request for permission for Mr. McCormack to travel tomorrow, Thursday, April 16, 2026, to the American Dream Mall, 1 American Dream Way, East Rutherford, New Jersey 07073.  The reason for the travel is to attend the attractions, including the DreamWorks Water Park, with his wife and young child before his surrender date to commence his sentence.

Mr. McCormack is fully aware of the conditions of his release as set forth by the Your Honor and he has been fully compliant.  I have contacted AUSA David I. Berman and United States Probation Officer Kadian Hammond regarding this request and they have no objection.

Very truly yours,

/s/
Jeffrey P. Chartier, Esq.

cc:   Clerk of the Court (LDH) (by ECF)
      AUSA David I. Berman (by ECF)
      U.S. Probation Officer Kadian Hammond (by E-MAIL)